UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND MATOS**                                                              **CIVIL ACTION**

**versus**                                                                              **NO. 12-2504**

**STEVE RADER, et al**                                                       **SECTION: "I" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Raymond Matos, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Raymond Matos** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of February, 2013.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**